FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

11 APR -6 PM 4: 05

MIDDLE DISTRICT COURT
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.  CASE NO. 8-11-CR-184-T-27TBM

18 U.S.C. § 2237

GERMAN OSORNO-GONZALES

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about March 21, 2011, while on board a vessel subject to the jurisdiction of the United States, the defendant,

GERMAN OSORNO-GONZALES,

who will first be brought into the United States at a place in the Middle District of Florida, knowingly and intentionally failed to obey an order by an authorized Federal law enforcement officer to heave to that vessel, in violation of Title 18, United States Code,

Section 2237(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
AUSTIN SHUTT
Special Assistant United States Attorney

By: _____
JOSEPH K. RUDDY
Assistant United States Attorney
Chief, Narcotics Section

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## GERMAN OSORNO-GONZALES

### INDICTMENT

Violations:

Title 18, United States Code, Section 2237(a)(1)

A true bill,

_____
Foreperson

Filed in open court this 6th day
of April, A.D., 2011.

_____
Clerk

Bail  $_____